IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MARK STANFORD, BY AND THROUGH
ERIK PHILLIPS, AS GUARDIAN AND CONSERVATOR
OF THE PERSON OF MARK STANFORD                                         PLAINTIFF

v.                                     CIVIL ACTION NO. 3:22-CV-00589-HTW-LGI

BRANDON NURSING AND REHABILITATION CENTER,
LLC, AURORA CARES, LLC, DTD HC, LLC, DONALD T.
DENZ, NORBERT A. BENNETT, UNIDENTIFIED
ENTITIES 1-10, JOHN DOES 1-10                                          DEFENDANTS

## ORDER STAYING PROCEEDINGS

A Motion to Compel Arbitration and to Stay Proceedings [13] has been filed herein. Rule 16(b)(3)(B) of the Local Uniform Civil Rules for the Northern and Southern Districts of Mississippi provides:

> Filing a motion to compel arbitration, or a motion asserting an immunity defense or jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal.

L.U.Civ. R. 16(b)(3)(B). Based on the foregoing, the proceedings in this case are therefore stayed pending the district court's ruling on the motion to compel arbitration, including any appeal.

All matters related to the motion to compel arbitration, dispositive and non-dispositive, shall be submitted to the District Judge assigned to this case unless otherwise directed by the referral of specific issues to the Magistrate Judge for resolution or recommendation.

Counsel for the moving party shall promptly notify the Magistrate Judge of the entry of any order denying the motion to compel arbitration. A telephonic case management conference shall be scheduled within sixty (60) days thereafter.

**SO ORDERED**, this the 9th day of December, 2022.

                                              /s/ LaKeysha Greer Isaac
                                       UNITED STATES MAGISTRATE JUDGE